ELEANOR M. LACKMAN (SBN 298594)
eml@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNIDISC MUSIC INC., | 2:24-cv-05864-FLA-MAR |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Cleopatra RECORDS, Inc., | |
| Defendant. | |

Plaintiff Unidisc Music Inc. and Defendant Cleopatra Records, Inc., by their undersigned attorneys, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all parties and all causes of action, each side to bear its own costs and attorneys' fees.

Dated: June 17, 2025

ELEANOR M. LACKMAN
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Eleanor M. Lackman
Eleanor M. Lackman (SBN 298594)
Attorneys for Plaintiff
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
(310) 312-2000
eml@msk.com

Dated: June 17, 2025

JORDAN GREENBERGER
FIRESTONE GREENBERGER PLLC

By: /s/ Jordan Greenberger
Jordan Greenberger, Esq.
(admitted *pro hac vice*)
Attorneys for Plaintiff
104 West 40th Street, 4th Fl.
New York, NY 10018
(212) 597-2255
jg@firegreenlaw.com

Dated: June 17, 2025

BRIDGET BYRNES HIRSCH
BYRNES HIRSCH P.C.

By: /s/ Bridget Byrnes Hirsch
Bridget Byrnes Hirsch (SBN 257015)
Attorneys For Defendant
2272 Colorado Blvd., # 1152
Los Angeles, CA 90041-1143
Phone: (323) 387-3413
bridget@byrneshirsch.com